# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR479 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MARTIN MARQUEZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion to allow him to further respond to the government's brief filed in response to his motion filed under 28 U.S.C. § 2255 (Filing No. 160).

On November 7, 2011, the Defendant's § 2255 motion was denied, and a Judgment was filed.

IT IS ORDERED:

1. The Defendant's motion to allow him to further respond to the government's brief filed in response to his motion filed under 28 U.S.C. § 2255 (Filing No. 160) is denied as moot; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 20th day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge